
MWS: USAO#2020R000833

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | CRIMINAL NO. SAG-20-0429 |
|---|---|---|
| | * | |
| v. | * | (Possession of Child Pornography, 18 |
| | * | U.S.C. § 2252A(a)(5)(B) and (b)(2)); |
| BRENDAN FRANCIS KAVANAUGH, | * | Forfeiture, 18 U.S.C. § 2253, 21 U.S.C. |
| | * | § 853(p), 28 U.S.C. § 2461(c)) |
| Defendant. | * | |
| | * | |
| | * | |
| | *** | |

INDICTMENT

COUNT ONE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland charges that:

On or about October 28, 2020, in the District of Maryland, and elsewhere, the defendant,

**BRENDAN FRANCIS KAVANAUGH,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), which image had been shipped and transported using any means or facility of interstate and foreign commerce and in and effecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, to wit: a Western Digital My Passport Ultra External HD, S/N: WXF1A66DUYEE containing visual depictions of prepubescent and minor males and females engaged in sexually explicit activity, including, but not limited to the following files:

| FILE NAME | DESCRIPTION |
|---|---|
| 1507640112.jpg | This image depicts a minor female sitting on the floor in a room, underneath a large dog and performing oral sex on the dog. |

1

| 1507632198.jpg | This image depicts a prepubescent male lying on a bed completely naked on his back, with both legs tied with white ropes, and a black ball gag and black strap inserted into the prepubescent male's mouth. |
| Felixxx_115133_IcQ_IMG_1244.jpg | This image depicts a prepubescent female lying on a couch being vaginally penetrated by an adult male. The prepubescent female is naked and laying on her back, handcuffed in the front, with her legs spread to the sides exposing her vagina, while being anally penetrated by an adult male. |
| 1785.JPG | This image depicts a toddler lying on her back, with her legs spread. The toddler is naked from the waist down and wearing a yellow long sleeve shirt, while a banana is being inserted into her vagina. |
| x_e398875e.jpg | This image depicts a prepubescent male being anally penetrated by an adult male. The prepubescent male is lying on his back with his legs held up, exposing his anus and penis while the adult male's penis is inserted into the prepubescent male's anus. |

18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

# FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 2253, Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c), upon conviction of the offense set forth in Count One of this Indictment.

2. Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offense set forth in Count One, the defendant,

**BRENDAN FRANCIS KAVANAUGH,**

shall forfeit to the United States of America:

    a. any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, or 2260, any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Chapter 110;

    b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

    c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property.

3. The property to be forfeited includes, but is not limited to, the following:

    a. Western Digital My Passport Ultra External HD, S/N: WXF1A66DUYEE.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property that cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

*Robert K. Hur / mws*
Robert K. Hur
United States Attorney

A TRUE BILL:

███████████████
FOREPERSON

12-2-20
Date