# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# (NORTHERN DIVISION)

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | Case No. SAG-20-429 |
| **BRENDAN F. KAVANAUGH** | * |

\* \* \* \* \*

## UNOPPOSED MOTION TO MODIFY
## CONDITION 8(t)(3) OF THE COURT'S INITIAL DECEMBER 4, 2020, PRETRIAL RELEASE ORDER

Brendan F. Kavanaugh, through his counsel, Larry Allen Nathans, Nathans & Biddle, LLP, moves this Honorable Court, to modify condition 8(t)(iii) of Mr. Kavanaugh's December 4, 2020, pretrial release Order and allow him, in lieu of employment, to assist his third-party custodian, Albert Petrie, with the general maintenance, chores and normal work associated with Mr. Petrie's very rural farm located adjacent Mr. Petrie's residence, 700 New Hope Spur, Hector, Arkansas, 72843, where Mr. Kavanaugh currently resides pursuant to the Court's June 22, 2021, Modified Order Setting Conditions of Release. In support of this Motion the following is asserted:

1. Assistant United States Attorney Mary Setzer and Supervising United States Pretrial Officer Alison Scifres (Little Rock) have authorized the undersigned to state that they do not oppose the

granting of this request.

2. Mr. Petrie and his wife reside in a very rural area of Northwest Arkansas. They own a 20 acre farm where they raise chickens and own several horses. Mr. Kavanaugh is only seeking to assist the Petrie family on the residence and farm property. He is not seeking to leave the Petrie property without the permission of Pretrial Services (as allowed/limited pursuant to the Court's other previous release condition orders (December 4, 2020 and June 22, 2021).

3. The Petrie family would benefit from the additional help Mr. Kavanaugh could provide working on their farm property. Mr. Kavanaugh would also significantly benefit, both physically and emotionally, from the additional physical activity and being allowed outside of the modest Petrie residence that Mr. Kavanaugh has up to now spent almost 24 hours a day since he arrived in Arkansas.

4. Mr. Kavanaugh is not seeking to modify any other conditions of his Pretrial Release.

5. A draft Order is filed for the Court's review.

WHEREFORE, Mr. Kavanaugh respectfully requests this Honorable Court grant his Unopposed Motion to Modify Pretrial Condition 8(t)(iii) of the Court's Initial December 4, 2020 Conditions of Pretrial Release.

/s/

_____
Larry Allen Nathans
Fed. Bar No.  03023
NATHANS & BIDDLE  LLP
120 East Baltimore Street
Suite 1800
Baltimore, Maryland 21202
410.783.0272
410-783-0518 (facsimile)
Nathans@Nathanslaw.com (Email)

August 5, 2021

## CERTIFICATE OF SERVICE

On this 5th day of August, 2021, this notice was served via ECF filing and by email to counsel of record.

/s/

_____
Larry Allen Nathans