**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Case No. SAG-20-429** |
| | * | |
| **BRENDAN F. KAVANAUGH** | * | |

\*       \*       \*       \*       \*

**UNOPPOSED MOTION TO MODIFY
CONDITIONS 7, 8(j) AND 8(v) OF THE COURT'S JUNE 22, 2021
PRETRIAL RELEASE ORDER**

Brendan F. Kavanaugh, through his counsel, Larry Allen Nathans, Nathans & Biddle, LLP, moves this Honorable Court, to modify the conditions of Mr. Kavanaugh's June 22, 2021, pretrial release Order:

(1) Condition No. 7 - replace Mr. Kavanaugh's current third party custodian, Albert Petrie, and Order that his third party custodian be his wife - "Sarah Kavanaugh."

(2) Condition No. 8(j) - replace Mr. Kavanaugh's current residence in Arkansas and Order that Mr. Kavanaugh shall - "Reside at the residence of the third-party custodian at 8113 Lawson Loop, Unit A, Fort Meade, Maryland, 20755."

(3) Condition No. 8(v) - replace Mr. Kavanaugh's permission for travel to Arkansas and Order that Mr. Kavanaugh - "Drive to Maryland from

Arkansas beginning on October 14, 2021 and report to Pretrial Services in

Maryland by the close of business on Friday, October 15, 2021."

In support of this Motion the following is asserted:

A.  Assistant United States Attorney Mary Setzer and Supervising

United States Pretrial Officer Leigh Messitt have authorized the

undersigned to state that they do not oppose the granting of this

request.

B.  Mr. Kavanaugh is not seeking to modify any other conditions of his

original December 4, 2020 or June 22, 2021,Conditions of his

Pretrial Release.

C.  A draft Order is filed for the Court's review.

WHEREFORE, Mr. Kavanaugh respectfully requests this Honorable Court

grant his Unopposed Motion to Modify Pretrial Conditions 7, 8(j) and 8(v) of the

Court's June 22, 2021, Conditions of Pretrial Release Order.

/s/

_____

Larry Allen Nathans
Fed. Bar No.  03023
NATHANS & BIDDLE  LLP
120 East Baltimore Street
Suite 1800
Baltimore, Maryland 21202
410.783.0272
410-783-0518 (facsimile)
Nathans@Nathanslaw.com (Email)

October 6, 2021

## CERTIFICATE OF SERVICE

On this 5th day of October 2021, this notice was served via ECF filing and by email to counsel of record.

/s/

_____

Larry Allen Nathans